[No. 24701-1-II.  Division Two.  June 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL TARVIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-01258-4, Rudolph J. Tollefson, J., entered May 12, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

[No. 25237-6-II.  Division Two.  June 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. SALVADOR PASTOR SANCHEZ-CRUZ, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 99-1-00275-4, H. John Hall, J., entered September 29, 1999. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 25439-5-II.  Division Two.  June 15, 2001.]

TERRI L. VESEY, *Appellant*, v. GREG M. VESEY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-3-00942-6, Nile E. Aubrey, J., entered November 24, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Bridgewater, JJ.

[No. 25523-5-II.  Division Two.  June 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TERINA L. McCORD, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 99-1-00285-7, James B. Sawyer II, J., entered January 20, 2000. *Reversed* by unpublished opinion per Hunt, A.C.J., concurred in by Houghton and Quinn-Brintnall, JJ.